■ BELLA CONSTRUCTION CORP., Appellant, v LONG ISLAND UNIVERSITY, Respondent.—In an action *inter alia* to recover a deposit made pursuant to a contract for the sale of real property, plaintiff appeals from an order of the Supreme Court, Nassau County, dated March 17, 1976, which (1) granted defendant's motion to dismiss its complaint and (2) severed the defendant's counterclaim so as to survive the dismissal. Order affirmed, with $50 costs and disbursements. The plaintiff has not raised an issue which casts doubt on either the verity or the conclusiveness of the documentary record. Enough facts have been established, prima facie, by the documentary record to support the legal defense put forth by the defendant (see *Lederer v Wise Shoe Co.,* 276 NY 459; *Lawrence v Miller,* 86 NY 131). Dismissal of the complaint was therefore proper. Gulotta, P. J., Hopkins, Latham, Shapiro and Hawkins, JJ., concur.

■ BRIAN BOYCE, an Infant, et al., Appellants, v KEVIN BURNS, an Infant, et al., Respondents, et al., Defendants.—In a negligence action to recover damages for personal injuries, etc., plaintiffs appeal from an order of the Supreme Court, Nassau County, dated February 19, 1976, which granted respondents' motion for leave to serve an amended answer. Order affirmed, without costs or disbursements. Appellants failed to demonstrate that granting leave to serve an amended answer would result in a "clear and disabling prejudice" to them (see *Dransfield v Eastern Seaboard Warehouse Corp.,* 43 AD2d 569, 570). Gulotta, P. J., Hopkins, Latham, Shapiro and Hawkins, JJ., concur.

■ GEORGE W. BREHM, Appellant, v PHILIP F. CORSO, as Sheriff of Suffolk County, et al., Respondents.—In a proceeding pursuant to CPLR article 78 to compel respondents to credit petitioner with 547 days of jail time on a certain sentence, petitioner appeals from a judgment of the Supreme Court, Suffolk County, dated July 14, 1975, which granted him jail time credit of only 11 days. Judgment affirmed, without costs or disbursements (see *Matter of Charos v New York State Dept. of Correctional Servs.,* 53 AD2d 654; *Matter of Veale v Ward,* 53 AD2d 656). Margett, Acting P. J., Damiani, Rabin, Shapiro and Titone, JJ., concur.